IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GLOBAL ESTATES, LLC, | ) | Case No. 09 B 32526 |
| | ) | |
| | ) | Hon. Jack B. Schmetterer |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

To:   *U.S. Trustee, William T. Neary.
      **Crowley Barrett & Kataba, Ltd 312.726.2741
      **Pierce & Associates 312.346.6146
      **Heavner, Soctt, Beyers & Mihlar, LLC 217.422.1754
      **Greg Yearwood, 630-691-0867
      **Dutton & Dutton, PC 815.806.8201
      See attached service list

I, Maria Idalia Garcia, served the above named persons with the **Interim Order (I) Authorizing Use of Cash Collateral and (II) Scheduling and Approving the Form and Method of Notice of the Hearing on the Debtor's Motion for Entry of Final Order to Use Cash Collateral,** and **Motion for Entry of an order Determining Adequate Assurance of Payment for Future Utility Service,** in the form attached hereto, by mailing same by First Class Mail with postage pre-paid, before 5:00 P.M. on September 17, 2009. Those marked with an * were served via electronic service. Those Marked with ** were served via Facsimile on September 16, 2009.

/s/Maria Idalia Garcia
Paralegal

Jonathan T. Brand (ARDC # 6294885)
David P. Leibowitz (ARDC # 1612271)
Lakelaw
420 W. Clayton Street
Waukegan, IL 60085
Telephone: (847) 249-9100

Village of Maywood
Water Department
40 Madison Street
Maywood IL 60153

Village of Bellwood Clerk
Water Department
3200 Washington Blvd
Bellwood IL 60104

City of Chicago
Office of the City Clerk,
Miguel del Valle
121 N. LaSalle Street Room 107
Chicago IL 60602

Odelson & Sterk, Ltd.
Village of Broadview
3318 West 95th Street
Evergreen Park IL 60805

Commonwealth Edison Co.
Veronica Gomez
10 South Dearborn St. 49th Floor
Chicago IL 60603

Nicor
Claims & Litigation Department,
Attn: Douglas Rivera
P.O. Box 585
Aurora IL 60507

Nicor
Paul C. Gracey, Jr.
1844 Ferry Road
Naperville IL 60563

Illinois Corporation Service Co.
Sprint
801 Adlai Stevenson Dr.
Springfield IL 62703

Groot Recycling & Waste Svcs., Inc.
Larry Groot
2500 Landmeier Road
Elk Grove IL 60007

CT Corporation System
Veolia ES Solid Waste Midwest, LLC
208 S. LaSalle Street
Suite 814
Chicago IL 60604

Flood Bros Disposal Co.
Robert Flood
17 W. 697 Butterfield Rd. Suite E
Oakbrook Terrace IL 62703

Home Depot Credit Service
P.O. Box 6925
The Lakes NV 88901-6925

Illinois Corporation Service Co.
Aurora Loan Services LLC
801 Adlai Stevenson Dr.
Springfield IL 62703

Illinois Corporation Service Co.
GMAC Mortgage, LLC
801 Adlai Stevenson Dr.
Springfield IL 62703

Illinois Corporation Service Co.
Wells Fargo Home Mortgage, LLC
801 Adlai Stevenson Dr.
Springfield IL 62703

CT Corporation System
Bank of America Capital Corp.
208 S. LaSalle Street Suite 814
Chicago IL 60604

CT Corporation System
EMC Mortgage Corporation
208 S. LaSalle Street Suite 814
Chicago IL 60604

CT Corporation System
First Horizon Home Loan Corp.
208 S. LaSalle Street Suite 814
Chicago IL 60604

Community Investment Corp.
John Markowski
222 S. Riverside Plaza Suite 2200
Chicago IL 60606-0070

TCF Bank
101 E. 5th Street Suite 101
St. Paul MN 55101

Washington Mutual Bank
JP Morgan Chase Bank
P.O. Box 9176
Coppell TX 75019-9176

Crowley Barrett & Karaba, LTD
JP Morgan Chase Bank
20 S. Clark Street Suite 2310
Chicago IL 60603-1806

Pierce & Associates
Wells Fargo Bank, NA
1 North Dearborn 13th Floor
Chicago IL 60602

Heavner, Scott, Beyers & Mihlar, LLC
JP Morgan Chase Bank
P.O. Box 740
Decatur IL 62525

Advanta Bank Corp
P.O. Box 8088
Philadelphia PA 19101-8088

Chase
Cardmaster Service
P.O. Box 15153
Wilmington DE 19886-5153

Precision Consulting, LLC
Greg Yearwood
1251 Ash Avenue
Bensonville IL 60106

Dutton & Dutton, PC
Aurora Loan Services LLC
10325 W. Lincoln Hwy.
Frankfort IL 60423

Orum & Roth, LLC
Nicor
55 W. Jackson Blvd Suite 1616
Chicago IL 60604

|  | 3200 Washington Blvd Bellwood, Il 60104 |  |
|---|---|---|
| City of Chicago | City of Chicago Office of the City Clerk Miguel del Valle 121 N. LaSalle Street; Room 107 Chicago, IL 60602 | 1626 N. Luna Chicago, IL 60639[20] |
| Village of Broadview | Odelson & Sterk, Ltd. c/o Village of Broadview 3318 West 95th Street Evergreen Park, IL 60805 | 2409 S. 21st Street Broadview, IL 60155[21] |

---

[19] Waste is part of the Water bill for this property.

[20] Waste is part of the Water bill for this property.

[21] Waste is part of the Water bill for this property. Tenant(s) residing on this property pay their respective water and waste bill directly to the Village of Broadview.

---

Message Confirmation Report                                    SEP-16-2009 12:17 PM WED

Name/Number     :    16306940867
Page            :    1
Start Time      :    SEP-16-2009 12:17PM WED
Elapsed Time    :    00'18"
Mode            :    STD ECM
Results         :    [O.K]

Name       :
Fax Number :



420 Clayton Street
Waukegan, Illinois 60085
Office: 847.249.9100 * Fax: 847.249.9180
Toll Free: 866.LAKELAW
www.lakelaw.com

From The Desk Of
Maria Idalia Garcia
Paralegal
mgarcia@lakelaw.com

## Facsimile Cover Sheet

| TO | Crowley Barrett & Kataba, LTD | FAX | 312.726.2741 |
|---|---|---|---|
| DATE | September 16, 2009 | PAGES | 2 9 |
| RE | Global Estates LLC 09-32526 | CC | Pierce & Associates 312.346.6146 Heavner, Scott, Beyers & Mihlar, LLC 217.422.1754 Greg Yearwood 630.694.0867 Dutton & Dutton, PC 815.806.8201 |

Attached please find the following order entered by Judge Jack B. Schmetterer on September 14, 2009:

- INTERIM ORDER (I) AUTHORIZING
  USE OF CASH COLLATERAL AND (II) SCHEDULING AND APPROVING
  THE FORM AND METHOD OF NOTICE OF THE HEARING ON THE
  DEBTOR'S MOTION FOR ENTRY OF FINAL ORDER TO USE CASH
  COLLATERAL

  ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER DETERMINING
  ADEQUATE ASSURANCE
  OF PAYMENT FOR FUTURE UTILITY SERVICES

If you should have any questions, please feel free to contact us at 847.249.9100.

Thank you!

Confidentiality Note:

The documents accompanying this facsimile contain information from the Lakelaw/Leibowitz Law Center which is confidential, privileged or both. The information is intended only for the use of the individual or entity named on this transaction sheet. If you are not the intended recipient, please be advised that any disclosure, copying, distribution or taking of any action in reliance on the contents of this facsimile is strictly prohibited and that the documents should be returned to this office immediately. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.

---

Message Confirmation Report

Name/Number    : 16306940867
Page           : 23
Start Time     : SEP-16-2009 12:09PM WED
Elapsed Time   : 05'21"
Mode           : STD ECM
Results        : [O.K]

Fax Number     :
Name           :

SEP-16-2009 12:15 PM WED



420 Clayton Street
Waukegan, Illinois 60085
Office: 847.249.9100 * Fax: 847.249.9180
Toll Free: 866.LAKELAW
www.lakelaw.com

From The Desk Of
Maria Idalia Garcia
Paralegal
mgarcia@lakelaw.com

## Facsimile Cover Sheet

| TO | Crowley Barrett & Karaba, LTD | FAX | 312.726.2741 |
|---|---|---|---|
| DATE | September 16, 2009 | PAGES | 2 9 |
| RE | Global Estates LLC 09-32526 | CC | Pierce & Associates 312.346.6146 Heavner, Scott, Beyers & Mihlar, LLC 217.422.1754 Greg Yearwood 630.694.0867 Dutton & Dutton, PC 815.806.8201 |

Attached please find the following order entered by Judge Jack B. Schmetterer on September 14, 2009:

- INTERIM ORDER (I) AUTHORIZING
  USE OF CASH COLLATERAL AND (II) SCHEDULING AND APPROVING
  THE FORM AND METHOD OF NOTICE OF THE HEARING ON THE
  DEBTOR'S MOTION FOR ENTRY OF FINAL ORDER TO USE CASH
  COLLATERAL

- ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER DETERMINING
  ADEQUATE ASSURANCE
  OF PAYMENT FOR FUTURE UTILITY SERVICES

If you should have any questions, please feel free to contact us at 847.249.9100.

Thank you!

Confidentiality Note.
The documents accompanying this facsimile contain information from the Lakelaw/Lcibowitz Law Center which is confidential, privileged or both. The information is intended only for the use of the individual or entity named on this transaction sheet. If you are not the intended recipient, please be advised that any disclosure, copying, distribution or taking of any action in reliance on the contents of this facsimile is strictly prohibited and that the documents should be returned to this office immediately. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.

---

Message Confirmation Report

| | | |
|---|---|---|
| Name/Number | : | 12127421754 |
| Page | : | 2 |
| Start Time | : | SEP-16-2009 12:00PM WED |
| Elapsed Time | : | 01'34" |
| Mode | : | STD ECM |
| Results | : | [O.K] |

SEP-16-2009 12:02 PM WED

Fax Number : 
Name :

**Global Estates, LLC**
**30 Day Utility Budget/Escrow**

| Property/Building Served | Acct # | Billed to | Escrow Deposit | Est Mthly Pymt |
|---|---|---|---|---|
| **Village of Maywood - Water** | | | | |
| 2112 S. 5th Maywood, IL 60153 | 0209202119-03 | Andre Nelson | 117.31 | 150 |
| 2109 S. 5th Maywood, IL 60153 | 0427401571-01 | Andre Nelson | 254.18 | 325 |
| 2110 S. 5th Maywood, IL 60153 | 0427401069-00 | Andre Nelson | 273.73 | 350 |
| 812 S. 19th Maywood, IL 60153 | 0427405060-00 | Andre Nelson | 156.42 | 200 |
| 817 S. 19th Maywood, IL 60153 | 0427405070-00 | Andre Nelson | 156.42 | 200 |
| 102-108 S. 17th Maywood, IL 60153 | 0427405080-00 | Andre Nelson | 215.08 | 275 |
| 1016 S. 15th Maywood, IL 60153 | 0216216146-03 | Andre Nelson | 117.31 | 150 |
| 404 S. 4th Maywood, IL 60153 | 0427405406-01 | Andre Nelson | 156.42 | 200 |
| 2101 S. 5th Maywood, IL 60153 | 0209202115-01 | Andre Nelson | 117.31 | 150 |
| 840-852 S. 17th Maywood, IL 60153 | 0427401090-06 | Andre Nelson | 547.47 | 700 |
| 408 S. 12th Maywood, IL 60153 | | Andre Nelson | - | 0 |
| 110 S. 11th Maywood, IL 60153 | | | - | 0 |
| 310 S. 25th Bellwood, IL 60104 | 10.0784.01 | Vena Nelson | - | 0 |
| **City of Chicago - Water** | | | | |
| 1626 N. Luna Chicago, IL 60639 | 319922-319922 | Andre Nelson | - | 200 |
| **ComEd - Electric** | | | | |
| 2112 S. 5th Maywood, IL 60153 | 6164684008 | Andre Nelson | 17.17 | 50 |
| 2109 S. 5th Maywood, IL 60153 | 6920283018 | Andre Nelson | 17.17 | 50 |
| 2110 S. 5th Maywood, IL 60153 | 6164660017 | Andre Nelson | 94.45 | 275 |
| 812 S. 19th Maywood, IL 60153 | 5910221014 | Andre Nelson | 25.76 | 75 |
| 817 S. 19th Maywood, IL 60153 | 5910232026 | Andre Nelson | 25.76 | 75 |
| 102-108 S. 17th Maywood, IL 60153 | 4986403010 | Andre Nelson | 274.76 | 800 |

Message Confirmation Report

SEP-16-2009 12:06 PM WED

Fax Number :
Name :

Name/Number : 12174221754
Page : 12
Start Time : SEP-16-2009 12:05PM WED
Elapsed Time : 01'30"
Mode : STD ECM
Results : [O.K]



420 Clayton Street
Waukegan, Illinois 60085
Office: 847.249.9100 * Fax: 847.249.9180
Toll Free: 866.LAKELAW
www.lakelaw.com

From The Desk Of
Maria Idalia Garcia
Paralegal
mgarcia@lakelaw.com

## Facsimile Cover Sheet

| TO | Crowley Barrett & Karaba, LTD | FAX | 312.726.2741 |
|---|---|---|---|
| DATE | September 16, 2009 | PAGES | 2 9 |
| RE | Global Estates LLC 09-32526 | CC | Pierce & Associates 312.346.6146 Heavner, Scott, Beyers & Mihlar, LLC 217.422.1754 Greg Yearwood 630.694.0867 Dutton & Dutton, PC 815.806.8201 |

Attached please find the following order entered by Judge Jack B. Schmetterer on September 14, 2009:

- INTERIM ORDER (I) AUTHORIZING
  USE OF CASH COLLATERAL AND (II) SCHEDULING AND APPROVING
  THE FORM AND METHOD OF NOTICE OF THE HEARING ON THE
  DEBTOR'S MOTION FOR ENTRY OF FINAL ORDER TO USE CASH
  COLLATERAL

- ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER DETERMINING
  ADEQUATE ASSURANCE
  OF PAYMENT FOR FUTURE UTILITY SERVICES

If you should have any questions, please feel free to contact us at 847.249.9100.

Thank you!

Confidentiality Note:

The documents accompanying this facsimile contain information from the Lakelaw/Leibowitz Law Center which is confidential, privileged or both. The information is intended only for the use of the individual or entity named on this transaction sheet. If you are not the intended recipient, please be advised that any disclosure, copying, distribution or taking of any action in reliance on the contents of this facsimile is strictly prohibited and that the documents should be returned to this office immediately. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.

---

Message Confirmation Report

SEP-16-2009 11:29 AM WED

Fax Number :
Name :

| | | |
|---|---|---|
| Name/Number | : | 13127262741 |
| Page | : | 23 |
| Start Time | : | SEP-16-2009 11:26AM WED |
| Elapsed Time | : | 02'46" |
| Mode | : | STD ECM |
| Results | : | [O.K] |

|  | 3200 Washington Blvd Bellwood, Il 60104 |  |
|---|---|---|
| City of Chicago | City of Chicago Office of the City Clerk Miguel del Valle 121 N. LaSalle Street; Room 107 Chicago, IL 60602 | 1626 N. Luna Chicago, IL 60639[20] |
| Village of Broadview | Odelson & Sterk, Ltd. c/o Village of Broadview 3318 West 95th Street Evergreen Park, IL 60805 | 2409 S. 21st Street Broadview, IL 60155[21] |

---

[19]  Waste is part of the Water bill for this property.

[20]  Waste is part of the Water bill for this property.

[21]  Waste is part of the Water bill for this property. Tenant(s) residing on this property pay their respective water and waste bill directly to the Village of Broadview.

---

Message Confirmation Report

SEP-16-2009 11:30 AM WED

Fax Number    :
Name          :

| | | |
|---|---|---|
| Name/Number | : | 13127267741 |
| Page | : | 1 |
| Start Time | : | SEP-16-2009 11:30AM WED |
| Elapsed Time | : | 00'10" |
| Mode | : | STD ECM |
| Results | : | [O.K] |


**LakeLaw**

420 Clayton Street
Waukegan, Illinois 60085
Office: 847.249.9100 • Fax: 847.249.9180
Toll Free: 866.LAKELAW
www.lakelaw.com

From The Desk Of
Maria Idalia Garcia
Paralegal
mgarcia@lakelaw.com

## Facsimile Cover Sheet

| TO   | Crowley Barrett & Karaba, LTD | FAX   | 312.726.2741 |
|------|-------------------------------|-------|--------------|
| DATE | September 16, 2009            | PAGES | 2 9 |
| RE   | Global Estates LLC 09-32526   | CC    | Pierce & Associates 312.346.6146<br>Heavner, Scott, Beyers & Mihlar, LLC 217.422.1754<br>Greg Yearwood 630.694.0867<br>Dutton & Dutton, PC 815.806.8201 |

Attached please find the following order entered by Judge Jack B. Schmetterer on September 14, 2009:

- INTERIM ORDER (I) AUTHORIZING USE OF CASH COLLATERAL AND (II) SCHEDULING AND APPROVING THE FORM AND METHOD OF NOTICE OF THE HEARING ON THE DEBTOR'S MOTION FOR ENTRY OF FINAL ORDER TO USE CASH COLLATERAL.

- ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES

If you should have any questions, please feel free to contact us at 847.249.9100.

Thank you!

Confidentiality Note

The documents accompanying this facsimile contain information from the Lakelaw/Leibowitz Law Center which is confidential, privileged or both. The information is intended only for the use of the individual or entity named on this transaction sheet. If you are not the intended recipient, please be advised that any disclosure, copying, distribution or taking of any action in reliance on the contents of this facsimile is strictly prohibited and that the documents should be returned to this office immediately. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.

---

Message Confirmation Report

SEP-16-2009 03:53 PM WED

Name           :
Fax Number     :

| | |
|---|---|
| Name/Number  | : 18158068201 |
| Page         | : 24 |
| Start Time   | : SEP-16-2009 03:50PM WED |
| Elapsed Time | : 03'04" |
| Mode         | : STD ECM |
| Results      | : [O.K] |



**LakeLaw**

420 Clayton Street
Waukegan, Illinois 60085
Office: 847.249.9100 * Fax: 847.249.9180
Toll Free: 866.LAKELAW
www.lakelaw.com

From The Desk Of
Maria Idalia Garcia
Paralegal
mgarcia@lakelaw.com

## Facsimile Cover Sheet

| TO | Crowley Barrett & Karaba, LTD | FAX | 312.726.2741 |
|---|---|---|---|
| DATE | September 16, 2009 | PAGES | 24 |
| RE | Global Estates LLC 09-32526 | CC | Pierce & Associates 312.346.6146 Heavner, Scott, Beyers & Mihlar, LLC 217.422.1754 Greg Yearwood 630.694.0867 Dutton & Dutton, PC 815.806.8201 |

Attached please find the following order entered by Judge Jack B. Schmetterer on September 14, 2009:

- INTERIM ORDER (I) AUTHORIZING USE OF CASH COLLATERAL AND (II) SCHEDULING AND APPROVING THE FORM AND METHOD OF NOTICE OF THE HEARING ON THE DEBTOR'S MOTION FOR ENTRY OF FINAL ORDER TO USE CASH COLLATERAL.

- ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES

If you should have any questions, please feel free to contact us at 847.249.9100.

Thank you!

Confidentiality Note:
The documents accompanying this facsimile contain information from the Lakelaw/Leibowitz Law Center which is confidential, privileged or both. The information is intended only for the use of the individual or entity named on this transaction sheet. If you are not the intended recipient, please be advised that any disclosure, copying, distribution or taking of any action in reliance on the contents of this facsimile is strictly prohibited and that the documents should be returned to this office immediately. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.

---

Message Confirmation Report

| | | |
|---|---|---|
| Name/Number | : | 131253466146 |
| Page | : | 24 |
| Start Time | : | SEP-16-2009 11:33AM WED |
| Elapsed Time | : | 05'30" |
| Mode | : | STD ECM |
| Results | : | [O.K] |

Fax Number :
Name :

SEP-16-2009 11:38 AM WED