# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GLOBAL ESTATES, LLC, | ) | Case No. 09 B 32526 |
| | ) | |
| | ) | Hon. Jack B. Schmetterer |
| Debtor. | ) | |
| | ) | |

## ORDER CONTINUING FINAL HEARING ON
## DEBTOR'S USE OF CASH COLLATERAL

On September 14, 2009 this Honorable Court entered an *Interim Order (I) Authorizing Use of Cash Collateral and (II) Scheduling and Approving the Form and Method of Notice of the Hearing on Debtor's Motion for Entry of Final Order to Use Cash Collateral* (the "Interim Order"). (Docket No. 22.) Therein, the Court set a final hearing for September 24, 2009 at 10:30 a.m. and a deadline to file objections to the Debtor's use of cash collateral of September 22, 2009. Based upon the agreement of the parties in interest that appeared before the Court on September 14, 2009, the Debtor respectfully requests that the Court re-set the final hearing for September 30, 2009 at 2:30 p.m. and re-set the deadline for objections to the Debtor's use of cash collateral to Monday, September 28, 2009 (to be received by the Debtor on or before 5:00 p.m. (CDT)). Based on the foregoing, the agreement of the parties in interest that appeared before the Court on September 14, 2009 in reference to the agreed Interim Order, the final hearing and objection deadline to Debtor's use of cash collateral are reset and it is hereby ORDERED:

1. A final hearing on the Debtor's use of cash collateral shall be re-set for Wednesday, September 30, 2009 at 2:30 p.m.

2. Parties in interest that wish to object to the Debtor's use of cash collateral shall serve their written objection on the Debtor, pursuant to the terms set forth in the Interim Order, on or before 5:00 p.m. (CDT) on Monday, September 28, 2009.

3.  The Debtor shall be allowed to use cash collateral consistent with the Operating Budget (as defined in the Interim Order) attached as Exhibit A to the Operating Budget for the month of September, 2009.

4.  The Debtor will forthwith serve a copy of this order on all parties affected thereby, and file proof of such service with the Clerk.

5.  The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

DATED: 7/24/09

Hon. Jack B. Schmetterer
United States Bankruptcy Judge

SEP 24 2009

Agreed to by the Parties that Appeared before the Court on September 14, 2009:

J.P. Morgan Chase, N.A.

/s/ Jeffrey Burns
Jeffrey Burns, One of Its Attorneys

Community Investment Corporation

/s/ Daniel Olswang
Daniel Olswang, One of Its Attorneys

Jonathan T. Brand (ARDC # 6294885)
David P. Leibowitz (ARDC # 1612271)
Lakelaw
420 W. Clayton Street
Waukegan, IL 60085
Telephone: (847) 249-9100
Facsimile: (847) 249-9180